## HAMPTON ROADS LEGAL SERVICES

372 S. Independence Blvd, Suite 109
Virginia Beach, Virginia 23452
757-340-3100
www.HamptonRoadsLegal.com

*This Firm Is Not A Public Legal Aid Agency.*

| | |
|---|---|
| **Edrie A. Pfeiffer, Managing Attorney** | Katie Taylor, Senior Paralegal |
| **Joseph M. Spence, Associate Attorney** | Desirae Shorts, Paralegal |
| **Sebastiana Bradstreet, Associate Attorney** | Alexandria VanSteeter, Paralegal |

May 3, 2019

Clerk
U. S. Bankruptcy Court
600 Granby Street
Norfolk, VA 23510-1915

Re:  Shirl Diane Lofton

Case Number: 18-74512-FJS

Dear Sir:

It is respectfully requested that this letter be entered with the Court to show the Debtor has received the funds she was to receive within seven days.  The Debtor picked up her check for the remaining funds on May 3, 2019.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Edrie A. Pfeiffer 41791
Counsel for Debtor


cc:  U.S. Trustee
    Carolyn Camardo, Trustee

# HAMPTON ROADS LEGAL SERVICES
## 372 S. Independence Blvd, Suite 109
## Virginia Beach, Virginia 23452
## 757-340-3100

### www.HamptonRoadsLegal.com
*This Firm Is Not A Public Legal Aid Agency.*

| | |
|---|---|
| **Edrie A. Pfeiffer, Managing Attorney** | Desirae Shorts, Paralegal |
| **Joseph M. Spence, Associate Attorney** | Katie Taylor, Paralegal |
| **Sebastiana Bradstreet, Associate Attorney** | Alexandria VanSteeter, Paralegal |

---

May 3, 2019

I, Shirl Diane Lofton, do confirm that I have received check number 7691 in the amount of $750.00 on the above referenced date.

*[signature]*

Shirl Diane Lofton

BK No. 18-74512-FJS